UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN CUNHA,

                    Plaintiff,

          vs.                                    C.A. No. 1:25-cv-00198-WES-AEM

CEASAR N. ANQUILLARE,
WINCHESTER CAPITAL INVESTMENTS,
LLC,

                    Defendants.

### ASSENTED TO MOTION TO STAY PENDING MEDIATION

The parties respectfully request that this Court Stay all proceedings associated with the pending Motion to Dismiss until October 15, 2025, unless terminated prior to that date.

1. On August 21, 2025 the Court (Magistrate Judge Sullivan) conducted a conference among the parties to discuss Court ordered mediation and to schedule same.

2. After conferring with the Parties, the Court scheduled mediation to commence on September 15, 2025 at 2:00 pm. Mediation statements are due to the Court on September 10, 2025.

3. On July 3, 3025, Defendants, Ceasar N. Anquillare and Winchester Capital Investments, LLC filed a Motion to Dismiss the pending Complaint on jurisdictional grounds. Plaintiff Brian Cunha's Opposition is presently due on August 29, 2025 and a Reply Brief (if needed) is presently due on September 12, 2025 pursuant to the Order entered by the Court on July 8, 2025.

4. To avoid the unnecessary expenditure of time and legal expense in proceeding forward at this time on the Motion to Dismiss pending mediation, the Parties have agreed to a

1

Stay of any further work thereon pending termination of the Stay pursuant to this Agreement. By entering into this Agreement, Defendants do not waive any arguments they have concerning this Court's jurisdiction as set forth in their Motion.

5. The Stay may be terminated by either Party or the Court at any time after September 15, 2025.

6. The Parties have agreed that upon termination of the Stay, assuming that mediation does not result in resolution of the matter, Plaintiff's response to the pending Motion to Dismiss shall be due 14 days after this Court enters an Order terminating the Stay and Defendants' Reply (if any) shall be due 28 days after said entry of Order.

7. The parties disagree on whether the stay should cover Plaintiff's Second Set of Requests for Production. Plaintiff's view is that its discovery requests should not be covered by the stay. Defendants maintain that the stay should apply to the litigation as a whole and understood that Magistrate Judge Sullivan was contemplating a broader stay that included discovery.

WHEREFORE, the Parties request that this Court enter this Assented to Motion to Stay Pending Mediation.

**Local Rule Cv 7 (c) - No oral argument requested.**

Respectfully submitted,

Plaintiff,
by his attorneys,
DUFFY & SWEENEY, LTD.
DIVISION OF STEVENS & LEE

*/s/ Eric E. Renner*
Robert M. Duffy, Esq., #4428
Eric E. Renner, Esq., #7481
321 South Main Street, Suite 400
Providence, RI  02903
(401) 455-0700
Robert.Duffy@stevenslee.com
Eric.Renner@stevenslee.com

Respectfully submitted,

Defendants,
by their attorneys,
CAMERON & MITTLEMAN LLP

*/s/ Justin T. Shay*
Justin T. Shay, Esq., #2781
301 Promenade Street
Providence, RI  02908
Phone: 401-331-5700
jshay@cm-law.com

Brian E. Spears, Esq. (*pro hac vice*)
Armel L. Jacobs, Esq. *(pro hac vice)*
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT  06890
Phone:  203-292-9766
bspears@spearsmanning.com
ajacobs@spearsmanning.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2025, a true copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be mailed to those indicated as non-registered participants.

*/s/ Eric E. Renner*

3